1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
12  **JERRY CHAVEZ, JR.,**                    No. C 13-04690 YGR (PR)
                                Petitioner,   **ORDER**
13
            v.
14
15  **KIM HOLLAND, WARDEN,**
16                              Respondent.
17
18      GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until **March
19  26, 2014**, to file his answer the application for writ of habeas corpus.  If Petitioner wishes to
20  respond to the answer, he shall do so by filing a traverse with the Court and serving it on
21  Respondent's counsel within **sixty (60) days** of receipt of the answer.
22      Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set
23  forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.  If
24  Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an
25  opposition or statement of non-opposition within **sixty (60) days** of receipt of the motion, and
26  Respondent shall file with the Court and serve on Petitioner a reply within **fourteen (14) days** of
27  receipt of any opposition.
28

1

P:\PRO-SE\YGR\HC.13\Chavez4690.GrantEOT-ans.doc

Also before the Court is Petitioner's letter filed on February 13, 2014, in which he requests that the Court "grant relief for [his] petition accordingly." (Docket No. 13.) The Court construes Petitioner's letter as a request for expedited treatment of the present petition, and DENIES his request. As stated above, the Court has granted Respondent's request for an enlargement of time to file his answer or motion to dismiss in lieu of an answer. Once the parties have filed the necessary briefs, then the merits of his petition will be decided as soon as possible, given the demands of the Court's caseload and earlier-filed habeas petitions.

Dated: February 28, 2014

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

2