UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JERRY CHAVEZ,

    Petitioner,

  v.

CLARK E. DUCART, Warden,

    Respondent.

Case No. 13-cv-04690-YGR (PR)

**ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE OPPOSITION TO RENEWED MOTION TO DISMISS**

IT IS HEREBY ORDERED that the Court, on its own motion, GRANTS Plaintiff an extension of time in which to file his opposition to Respondent's Renewed Motion to Dismiss. The time in which Plaintiff may file his opposition will be extended up to and including **twenty-eight (28) days** from the date of this Order.

Respondent shall file a reply brief no later than **fourteen (14) days** after the date Petitioner's opposition is filed.

IT IS SO ORDERED.

Dated: July 20, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge