UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JERRY CHAVEZ,

        Petitioner,

   v.

CLARK E. DUCART, Warden,

        Respondent.

Case No. 13-cv-04690-YGR (PR)

**JUDGMENT**

Pursuant to the Court's Order Granting Respondent's Renewed Motion to Dismiss Petition as Untimely; and Denying Certificate of Appealability signed today, this action is DISMISSED WITH PREJUDICE. 28 U.S.C. § 2244.

IT IS SO ORDERED.

Dated: December 4, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge